IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHARON BRIDGEWATER,

Plaintiff,

v.

DEKALB COUNTY, *et al.*,

Defendants.

No. C 11-80265 WHA

**ORDER GRANTING LEAVE TO FILE COMPLAINT**

By order filed February 11, 2011, Judge Claudia Wilken of this district deemed plaintiff a vexatious litigant. Plaintiff is required to obtain leave of court before filing any new complaint. Specifically, "[i]f the complaint concerns the state unlawful detainer action in the state case *Hayes Valley Limited Partnership v. Bridgewater*, No. CUD-06-617995, it will not be filed." (No. C 10-03022 Dkt. No. 98). The instant complaint does not concern that action. Rather, it concerns alleged civil rights violations in conjunction with a traffic stop. As such, leave to file the complaint is **GRANTED**. No further determinations need be made in this miscellaneous matter. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: November 2, 2011.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE