IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHARON BRIDGEWATER,

    Plaintiff,

  v.

DEKALB COUNTY, *et al.*,

    Defendants.
                                 /

No. 11-mc-80265 WHA

**NOTICE REGARDING MOTION TO TRANSFER**

      In this miscellaneous matter, plaintiff's complaint was reviewed pursuant to a previous order that imposed a pre-filing screening requirement for all of plaintiff's complaints. The complaint was allowed to pass pre-filing review (Dkt. No. 3). Thus, a new action will be commenced and the complaint will be assigned a civil docket number different from the miscellaneous matter number listed above.

      Plaintiff now has filed a motion in this miscellaneous matter seeking "to transfer [this] case to Northern District Court of Georgia" [*sic*]. Plaintiff states that she "filed the case in at the wrong federal district court" [*sic*] (Dkt. No. 4). The filing of a motion to transfer in this miscellaneous matter was improper. Plaintiff must file any such motion in the new civil action. Or, plaintiff may voluntarily dismiss her complaint without prejudice to re-filing it in Georgia. No further action will be taken as to the improper motion to transfer filed in this docket.

      **IT IS SO ORDERED.**

Dated: November 7, 2011.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE