1
2
3
4
5
6
7

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8   SHARON BRIDGEWATER,                              No. 11-mc-80265 WHA

9          Plaintiff,

10   v.                                              **NOTICE REGARDING
                                                    MOTION TO TRANSFER**
11   DEKALB COUNTY, *et al.*,

12          Defendants.

13   _____/

14        In this miscellaneous matter, plaintiff's complaint was reviewed pursuant to a previous

15   order that imposed a pre-filing screening requirement for all of plaintiff's complaints.  The

16   complaint was allowed to pass pre-filing review (Dkt. No. 3).  Thus, a new action will be

17   commenced and the complaint will be assigned a civil docket number different from the

18   miscellaneous matter number listed above.

19        Plaintiff now has filed a motion in this miscellaneous matter seeking "to transfer [this]

20   case to Northern District Court of Georgia" [*sic*].  Plaintiff states that she "filed the case in at the

21   wrong federal district court" [*sic*] (Dkt. No. 4).  The filing of a motion to transfer in this

22   miscellaneous matter was improper.  Plaintiff must file any such motion in the new civil action.

23   Or, plaintiff may voluntarily dismiss her complaint without prejudice to re-filing it in Georgia.

24   No further action will be taken as to the improper motion to transfer filed in this docket.

25

26        **IT IS SO ORDERED.**

27

28   Dated:  November 7, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE